# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of June, two thousand seventeen.

Before:  José A. Cabranes,
     Rosemary S. Pooler,
     Denny Chin,
      *Circuit Judges.*

───────────────────────────────

Richard Roe, Jane Doe, John Doe 2,

  Respondents - Appellants,

v.

United States of America,

  Appellee,

John Doe,

  Defendant - Appellee.

**ORDER**

Docket No. 10-2905

───────────────────────────────

Richard Roe,

  Petitioner,

v.

United States of America,

  Respondent,

v.

John Doe 1, John Doe 2,

  Defendants.

Docket No. 11-479

───────────────────────────────

*Amici* DCReport.org et al. move the Court to unseal all the motion papers relating to the motion of Intervenors Forbes Media and Richard Behar and for expedited review of this motion. The Government opposes the motion for expedited review.

IT IS HEREBY ORDERED that decision on the motion to unseal is DEFERRED. IT IS FURTHER ORDERED that the motion for expedited review is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court